UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23107-Civ-COOKE/REID

EDWARD JOE YOUNG,

    Plaintiff,

v.

MIAMI-DADE CORRECTIONS
AND REHABILITATION, *et al.*,

    Defendants.

_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

    THIS MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. ECF No. 2. On October 13, 2020, Judge Reid issued a Report and Recommendation of Magistrate Judge, recommending the Court dismiss the Complaint (ECF No. 1) without prejudice for failure to prosecute and failure to comply with Court Orders. ECF No. 13. Plaintiff did not file any objections to Judge Reid's Report, and the time to do so has passed.

    I have considered Judge Reid's Report, the Complaint, the record, and the relevant legal authorities. I find Judge Reid's Report clear, cogent, and compelling. Accordingly, it is **ORDERED and ADJUDGED** that Judge Reid's Report of Magistrate Judge (ECF No. 13) is **AFFIRMED and ADOPTED**. Plaintiff's Complaint Under the Civil Rights Act, 42 U.S.C. § 1983 (ECF No. 1) is **DISMISSED** *without prejudice*. The Clerk shall **CLOSE** this case. All pending motions are **DENIED** *as moot*.

    **DONE and ORDERED** in Chambers at Miami, Florida, this 3rd day of November 2020.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lisette M. Reid, U.S. Magistrate Judge* and *Edward Joe Young, pro se*